THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00022-RPM

REMAX RELOCATION, INC.,

    Plaintiff,

v.

VALERO SERVICES, INC.,

    Defendant.
_____

ORDER APPROVING STIPULATED NOTICE OF SETTLEMENT
_____

THE COURT, having received and reviewed the Stipulated Notice of Settlement submitted by the parties in this action, and being otherwise advised in the premises, hereby ORDERS as follows:

1. Defendant's deadline to respond to Plaintiff's pending Motion for Attorney's Fees and Costs is hereby VACATED.

2. The Parties are ordered to submit proper dismissal papers pursuant to the terms of their settlement by October 14, 2014.

Dated: October 1st, 2014

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge