THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00022-RPM

REMAX RELOCATION, INC.,

     Plaintiff,

v.

VALERO SERVICES, INC.,

     Defendant.

_____

ORDER OF DISMISSAL
_____

     Pursuant to the Stipulated Notice of Dismissal [33] filed today, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

     Dated:   October 23rd, 2014

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior District Judge